IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN ELDER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　　　Defendant. | **8:21CV336**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulated Motion to Dismiss (Filing No. 56). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and without costs or disbursements to any of the parties.

Dated this 9th day of January, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge